# EXHIBIT 1

# NEW HAMPSHIRE
## DEPARTMENT OF STATE



William M. Gardner
*Secretary of State*

Robert P. Ambrose
*Senior Deputy Secretary of State*
David M. Scanlan
*Deputy Secretary of State*

July 19, 2011

Abdul K. Hassan, Esq.
215-28 Hillside Avenue
Queens Village, NY  11427

Dear Mr. Hassan:

    This is in response to your recent inquiry about Presidential Ballot Access.

    I have enclosed a copy of the Declaration of Intent (RSA 655:17-b) which an independent candidate for the Office of President would fill out and sign under oath. The candidate would then need to obtain and file 3,000 nomination papers signed by registered voters in the State of New Hampshire, as outlined on the information sheet.

    Also enclosed is a copy of the Declaration of Candidacy (RSA 655:47) which a candidate for the Office of President would complete and file for access to the New Hampshire Presidential Primary ballot.

    Please note the wording by statute in both these forms: "No person except a natural born citizen...."

    The New Hampshire state legislature amended the statutes to include the above wording on the declaration forms for candidates for President. Therefore, this office will not accept a filing from any person who is not a natural born citizen.

Sincerely,

*Karen Ladd*

Karen H. Ladd
Assistant Secretary of State

Enc.

State House Room 204, 107 N. Main St., Concord, N.H. 03301
Phone: 603-271-3242     Fax: 603-271-6316
TDD Access: Relay NH 1-800-735-2964
www.nh.gov/sos     email: elections@sos.state.nh.us

# NEW HAMPSHIRE
## DEPARTMENT OF STATE

William M. Gardner
*Secretary of State*



Robert P. Ambrose
*Senior Deputy Secretary of State*

David M. Scanlan
*Deputy Secretary of State*

You have requested information on the upcoming New Hampshire Presidential Primary Election.

Enclosed is the Declaration of Candidacy form to be used for filing as a candidate for **President of the United States** in the upcoming presidential primary election.

Neither the date of the upcoming election nor the filing period has been determined as of this date.

If you have any questions, please do not hesitate to contact this office. Also, more information on the Presidential Primary will be available on our website. Please keep checking at www.sos.nh.gov.

Office of Secretary of State

January 2011

## *NEW HAMPSHIRE PRESIDENTIAL PRIMARY ELECTION*



### Declaration of Candidacy
(RSA 655:47)

I, _____
(print name as it should appear on ballot)

swear under penalties of perjury that I am qualified to be a candidate for president of the United States pursuant to article II, section 1, clause 4 of the United States Constitution, which states, "No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States." I further declare that I am domiciled in the city (or town or unincorporated place) of _____, county of _____, state of _____, that I am a registered member of the _____ party; that I am a candidate for nomination for the office of president to be made at the primary election to be held on the _____ day of _____; and I hereby request that my name be printed on the official primary ballot of said _____ party as a candidate for such nomination.

**Candidate's signature:**

_____
First Name                                Middle Initial                          Last Name (Jr., Sr., etc.)

Domicile: _____
            Street Address                                Town/City                          State (Zip Code)

Mailing Address: _____
                    Post Office Box                          Town/City                          State (Zip Code)

Phone No. _____

Email address: _____

***Fee: $1,000. [Cash or certified check]***

1/11



## NEW HAMPSHIRE PRESIDENTIAL PRIMARY

*Updated January 2011*

*(The date of the 2012 Presidential Primary Election has not been set yet)*

**RSA 653:9**
*Date of Presidential Primary:* The presidential primary election shall be held on the second Tuesday in March or on a date selected by the secretary of state which is 7 days or more immediately preceding the date on which any other state shall hold a similar election, whichever is earlier, of each year when a president of the United States is to be elected or the year previous. Said primary shall be held in connection with the regular March town meeting or, if held on any other day, at a special election called by the secretary of state for that purpose. The purpose of this section is to protect the tradition of the New Hampshire first-in-the-nation presidential primary.

**RSA 655:46**
*Who may file:* Any person who is qualified under the United States Constitution (Article II, Section 1) [*United States Citizen; resident of United States for 14 years and 35 years of age*] and is a registered **REPUBLICAN** or **DEMOCRAT** may file to be a candidate in the New Hampshire Presidential Primary Election.

*How to File:* The filing period will be between the first Monday in November and the third Friday in November or during such other time period as the secretary of state shall announce. A declaration of candidacy must be filed in the New Hampshire Secretary of State's Office along with a **filing fee of $1,000**. Declarations of candidacy will be available from the secretary of state's office. The information required on the declaration is as follows:

---

I, _____ swear under penalties of perjury that I am qualified to be a candidate for president of the United States pursuant to article II, section 1, clause 4 of the United States Constitution, which states, "No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States." I further declare that I am domiciled in the city (or town or unincorporated place) of _____, county of _____ state of _____, that I am a registered member of the _____ party; that I am a candidate for nomination for the office of president to be made at the primary election to be held on the _____ day of _____; and I hereby request that my name be printed on the official primary ballot of said _____ party as a candidate for such nomination.
**Candidate's signature:** _____
Domicile Address: _____ Mailing Address: _____

Phone No. _____ Email address: _____

---

**RSA 655:48, II**
*Filing by Petition if Indigent:* Any person otherwise qualified to run for president, who is unable to pay the $1,000 filing fee by reason of indigence may, after proving such indigence, have his/her name placed on the presidential primary ballot by filing with the secretary of state 10 primary petitions from each county of the state signed by registered voters of the party, who are domiciled in New Hampshire, together with one written assent to candidacy pursuant to RSA 655:25.

*Selection of Delegates:* Each person who files for president of the United States shall file with the secretary of state the names and addresses in alphabetical order of the delegates and their alternates, one alternate per delegate, who shall represent the candidate as his or her delegation to the national convention. All delegates and alternates shall file a certificate with the secretary of state in the following form:

---

I, _____, certify that my domicile is in ward ___ in the city (or town) of _____ county of _____, state of New Hampshire, and am a qualified voter therein; that I am a registered member of the _____ party; that, if selected, I shall serve as delegate or alternate to the national convention of the _____ party next to be held for the nomination of candidates of said party for president and vice-president of the United States. I further certify that, if selected as delegate or alternate delegate, I will attend such convention unless I shall be prevented by sickness or other occurrence over which I have no control. I pledge myself, if selected as delegate or alternate delegate to said convention, whenever I shall vote, to vote for the nomination of (insert name of candidate) as the candidate for said party for president so long as he shall be a candidate before said convention.

Signature of Delegate/Alternate Delegate _____

# HOW TO FILE BY NOMINATION PAPERS
## TO BE A CANDIDATE IN THE **2012 GENERAL ELECTION**
## IN NEW HAMPSHIRE

To be a candidate in the 2012 general election of a party **OTHER THAN** Republican or Democratic.

**DECLARATION OF INTENT** – Must be filed with the Secretary of State during the state primary filing period of June 6-15, 2012 along with the required administrative assessment fee:

- For president of the United States - $250.
- For governor/United States senator - $100.
- For representative in congress - $50.
- For executive councilor - $25.
- For state senator/county officer - $10.
- For state representative - $2.

> **NOTE:** This information is subject to change prior to the 2012 General Election.
>
> January 2011

---

The declaration of intent for **President** shall be in the following form:

    **RSA 655:17-b.** I, _____, swear under penalties of perjury that I am qualified to be a candidate for president of the United States pursuant to article II, section 1, clause 4 of the United States Constitution, which states, "No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States." I further declare that I am domiciled in the city (or town or unincorporated place) of _____, county of _____, state of _____, and am a qualified voter therein; that I intend to be a candidate for the office of PRESIDENT OF THE UNITED STATES to be made at the general election to be held on the ___ day of ____; and I intend to file nomination papers by the deadline established under RSA 655:43. I further declare that, if qualified as a candidate for said office, I shall not withdraw; and that, if elected, I shall be qualified for and shall assume the duties of said office. *[Declaration of Intent shall be signed by the candidate and notarized by a notary public]*

---

The declaration of intent for **all other offices** shall be in the following form:

    **RSA 655:17-a.** I, _____, declare that I am domiciled in Ward ____, in the city (or town or unincorporated place) of _____, County of ____, state of New Hampshire, and am a registered voter herein; that I intend to be a candidate for the office of _____ to be chosen at the general election to be held on the **sixth day of November, 2012**; and I intend to file nomination papers by the deadline established under RSA 655:43. I further declare that, if qualified as a candidate for said office, I shall not withdraw; and that, if elected, I shall be qualified for and shall assume the duties of said office. *[Declaration of Intent shall be signed by the candidate]*

---

**NOMINATION PAPERS** – must be submitted to the secretary of state's office **no later than 5:00 p.m. on September 5, 2012**. The number of individual papers with signatures of registered voters to be submitted is as follows:
- For president /United States senator/governor – 3,000 (1,500 from each of the two congressional districts)
- For representative in congress – 1,500
- For executive councilor/state senator – 750
- For county officer/state representative – 150

**CERTIFICATION OF NOMINATION PAPERS** – Each nomination paper shall be submitted to the supervisors of the checklist of the town or ward in which the signer is domiciled. The supervisors shall determine whether or not the signer is a registered voter in that town/ward. Nomination papers shall be submitted to the supervisors **no later than 5:00 p.m. on August 8, 2012** and they are to be available for return to the candidate **no later than 5:00 p.m. on August 29, 2012**. {NOTE: The city clerk may perform the responsibilities of the supervisors of the checklist under this section.}

## NEW HAMPSHIRE GENERAL ELECTION



**Declaration of Intent
For Presidential Candidates
(RSA 655:17-b)**

I, _____

(print name as it should appear on ballot)

swear under penalties of perjury that I am qualified to be a candidate for president of the United States pursuant to article II, section 1, clause 4 of the United States Constitution, which states, "No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States." I further declare that I am domiciled in the city (or town or unincorporated place) of _____, county of _____, state of _____, and am a qualified voter therein; that I intend to be a candidate for the office of **PRESIDENT OF THE UNITED STATES** to be made at the general election to be held on the _____ day of _____; and I intend to file nomination papers by the deadline established under RSA 655:43. I further declare that, if qualified as a candidate for said office, I shall not withdraw; and that, if elected, I shall be qualified for and shall assume the duties of said office.

**Candidate's signature:**

_____
First Name          Middle Initial               Last Name (Jr., Sr., etc.)

Domicile: _____
            Street Address        Town/City        State (Zip Code)

Mailing Address: _____
                  Post Office Box     Town/City      State (Zip Code)

Phone No. _____   Email address: _____

State of _____

County of _____

The above-named _____ personally known to me appeared and made oath that the above declaration of him subscribed is true.

Before me,

_____
Justice of the Peace/Notary Public

Fee: $250. (Cash or Certified check)                                    1/11

8462
DEPARTMENT OF STATE
STATE HOUSE ROOM 204
107 NORTH MAIN STREET
CONCORD NH 03301-4989

RETURN SERVICE
REQUESTED




PRESORTED
FIRST CLASS

02 1R
0006557528    JUL 19 2011
$ 00.49⁰
MAILED FROM ZIP CODE 03301

ABDUL K HASSAN ESQ
215-28 HILLSIDE AVE
QUEENS VILLAGE   NY   11427

EXAGN3B 11427