# United States Court of Appeals
## For the First Circuit

No. 12-1280

ABDUL KARIM HASSAN

Plaintiff - Appellant

v.

STATE OF NEW HAMPSHIRE, ET AL.

Defendants - Appellees

Before

Lynch, Chief Judge,
Lipez and Thompson, Circuit Judges.

JUDGMENT

Entered: August 30, 2012

      Abdul Karim Hassan appeals from the district court's order dismissing this action. Essentially for the reasons given in the district court's order of February 8, 2012, we conclude that the action was correctly dismissed.

      Affirmed.[1]

By the Court:
/s/ Margaret Carter, Clerk

cc:

Abdul L. Hassan
Matthew G. Mavrogeorge

---

[1] Hassan's motion for a published opinion is denied.